UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>DAVID SARGENT,<br><br>　　　　Defendant. | No. 22 CR 15 (2)<br><br>Judge Manish S. Shah |

ORDER

(00:15)

For the reasons stated in open court, Defendant's post-trial motions for acquittal or new trial [101] are granted. Enter Judgment of Acquittal as to defendant Sargent. The Order Setting Conditions of Release [24] is vacated.

ENTER:

December 20, 2023

　　　　　　　　　　　　　　　　　　　　　　*/s/ Manish S. Shah*
　　　　　　　　　　　　　　　　　　　　　　Manish S. Shah
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge