✎ AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:

    The defendant's motion for judgment of acquittal or new trial is granted. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated. Defendant's order setting conditions of release is vacated.

_[signature]_
Signature of Judge

**Manish S. Shah, U.S. District Judge**
Name of Judge      Title of Judge

**December 19, 2023**
        Date