UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SARGENT | No. 22 CR 15<br><br>Judge Manish S. Shah |

## NOTICE OF APPEAL

Notice is hereby given that the UNITED STATES OF AMERICA appeals to the United States Court of Appeals for the Seventh Circuit from this Court's order dated December 20, 2023, granting defendant David Sargent's post-trial motions for acquittal and for a new trial and entering a judgment of acquittal as to defendant, entered on the docket on December 20, 2023.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

/s/ *Vikas Didwania*
MATTHEW GETTER
VIKAS DIDWANIA
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Date: January 17, 2024

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorneys hereby certify that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the government's Notice of Appeal was served, pursuant to the district court's ECF system, to opposing counsel of record.

By: /s/ *Vikas Didwania*
MATTHEW GETTER
VIKAS DIDWANIA
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Date: January 17, 2024