UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SARGENT | No. 22 CR 15<br><br>Judge Manish S. Shah |

## DOCKETING STATEMENT

The UNITED STATES OF AMERICA, pursuant to Circuit Rule 3(c), hereby submits the following Docketing Statement contemporaneous with the filing of its Notice of Appeal in the above-captioned case.

Defendant David Sargent was charged by indictment with one count of conspiracy to commit securities fraud, in violation of 18 U.S.C. § 371 (Count One); three counts of securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff(a) (Counts Two through Four); and three counts of securities fraud, in violation of 18 U.S.C. § 1348(1) (Counts Five through Seven). R. 1.[1] A jury convicted Sargent of Counts Two through Seven and acquitted Sargent of Count One. R. 78. On December 20, 2023, this Court granted Sargent's post-trial motions for acquittal and for a new trial and entered a judgment of acquittal. R. 111; R. 112.

---

[1] Citations to the Original Electronic Record on Appeal are designated as "R." followed by the document number.

The United States has timely filed its Notice of Appeal on January 17, 2024, within 30 days after entry of the order granting Sargent's post-trial motions for acquittal and for a new trial and entering a judgment of acquittal. The order and judgment being appealed were entered on this Court's docket on December 20, 2023. R. 111; R. 112.

The district court had jurisdiction pursuant to 18 U.S.C. § 3231. Jurisdiction in the Court of Appeals is provided by 18 U.S.C. § 3731 and 28 U.S.C. § 1291.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

/s/ *Vikas Didwania*
MATTHEW GETTER
VIKAS DIDWANIA
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Date: January 17, 2024

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorneys hereby certify that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF"), the government's Docketing Statement was served, pursuant to the district court's ECF system, to opposing counsel of record.

|       |                                          |
|-------|------------------------------------------|
| By:   | /s/ *Vikas Didwania*                     |
|       | MATTHEW GETTER                           |
|       | VIKAS DIDWANIA                           |
|       | Assistant U.S. Attorneys                 |
|       | 219 South Dearborn St., Rm. 500          |
|       | Chicago, Illinois 60604                  |
|       | (312) 353-5300                           |

Date: January 17, 2024