# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

January 23, 2024

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-1102
>
> Caption:
> UNITED STATES OF AMERICA,
>         Plaintiff - Appellant
>
> v.
>
> DAVID SARGENT,
>         Defendant - Appellee
>
> District Court No: 1:22-cr-00015-2
> Court Reporter Colleen Conway
> Clerk/Agency Rep Thomas G. Bruton
> District Judge Manish S. Shah
>
> Date NOA filed in District Court: 01/17/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)